**JEAN ANN BAUER**
Attorney at Law (State Bar No. 185414)
6500 Upper Lindeman Rd. Box 11
Byron, CA 94514
(925) 918-2201

**Attorney for Defendants,
DOUGLAS RING, JR., dba HUSBANDS FOR RENT
and HANDY HUSBANDS FOR RENT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| HUSBANDS FOR RENT, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>HANDY HUSBANDS FOR RENT, INC. (Currently Franklin Douglas Ring, Jr., dba HUSBANDS FOR RENT and HANDY HUSBANDS FOR RENT), a California Corporation, and DOES 1 through 50, inclusive.<br><br>    Defendants. | Case No.  C04-1603BZ<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendants FRANKLIN DOUGLAS RING, JR., dba HUSBANDS FOR RENT and HANDY HUSBANDS FOR RENT hereby substitute JEAN ANN BAUER, Attorney at Law, in place and stead of FRANKLIN DOUGLAS RING, JR., in propria persona.

I consent to the above substitution.

Dated: May/4/05

_____
FRANKLIN DOUGLAS RING, JR.

I accept the above substitution.

Dated: 05/04/05  IT IS SO ORDERED

_____
JEAN ANN BAUER
Attorney for all Defendants

Bernard Zimmerman, Magistrate Judge

24/June/05
Date

SUBSTITUTION OF ATTORNEY