UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSBANDS FOR RENT, INC., | |
| Plaintiff(s), | No. C04-1603 BZ |
| v. | **ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION OF DEFENDANT'S AFFIRMATIVE DEFENSE** |
| HANDY HUSBANDS FOR RENT, INC., | |
| Defendants. | |

On May 25, 2005, plaintiff Husbands for Rent, Inc. moved for summary adjudication on defendant's affirmative defense of prior use under California Business and Professions Code § 14342.  Section 14342 states that "[n]o service mark ... registered pursuant to this chapter shall be enforced under the provisions of Section 14320, 14330, or 14340, or Section 350 of the Penal Code, against any party who has adopted and lawfully used the same or a confusingly similar service mark ... from a date <u>prior to</u>

1

<u>the effective date of registration</u> of the service mark ... under this chapter." Cal. Bus. & Prof. Code § 14342 (emphasis added).  Plaintiff's own evidence suggests that defendant's earliest use of the mark was in 2000, while plaintiff did not register the mark until 2002. Accordingly, **IT IS HEREBY ORDERED** that plaintiff's motion for summary adjudication with respect to defendant's affirmative defense of prior use under California Business and Professions Code § 14342 is **DENIED**.

Dated: June 21, 2005

                                            /s/ Bernard Zimmerman
                                                Bernard Zimmerman
                                            United States Magistrate Judge

G:\BZALL\-BZCASES\HUSBANDS\SUMM.ADJ.ORD.2.wpd