UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSBANDS FOR RENT, INC., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> HANDY HUSBANDS FOR RENT, ) <br> INC., ) <br> ) <br> Defendant(s). ) <br> ) | No. C04-1603 BZ <br><br> **ORDER VACATING HEARING** |

Plaintiff having accepted the tentative ruling, the hearing presently scheduled for July 6, 2005 is **VACATED.** The reason the court kept the hearing on calendar was to discuss the uncertain status of defendant's representation. A recently filed substitution of counsel has now resolved that issue.

Dated:   June 24, 2005

                              /s/ Bernard Zimmerman
                              Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\HUSBANDS\VACATE HEARING.ORDER.wpd

1