UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSBANDS FOR RENT, INC.,            )<br>                                     )<br>          Plaintiff(s),             )<br>                                     )<br>     v.                              )<br>                                     )<br> HANDY HUSBANDS FOR RENT,            )<br> INC.,                               )<br>                                     )<br>          Defendant(s).             )<br> _____) | No. C04-1603 BZ<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephonic hearing on the discovery issues raised in Ms. Bauer's letter of July 6, 2005, is scheduled for **Friday, July 8, 2005 at 10:00 a.m.** Chambers will place the call. If counsel will not be at their usual telephone numbers, they must notify the court immediately.

Ms. Bauer should review Local Rule 26-2 prior to the conference.

Dated: June 24, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HUSBANDS\TELEPHONIC CONFERENCE.ORD.wpd

1