1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | HUSBANDS FOR RENT, INC.,     )
   |                              )
12 |         Plaintiff(s),        )   No. C04-1603 BZ
   |                              )
13 |     v.                       )   **ORDER TO SHOW CAUSE**
   |                              )
14 | HANDY HUSBANDS FOR RENT,     )
   | INC.,                        )
15 |                              )
   |         Defendants.          )
16 |_____)

17        Defendant is **HEREBY ORDERED** to show cause on **Tuesday,**
18 **September 13, 2005, at 4:00 p.m.** in Courtroom G, 15th Floor,
19 Federal Building, 450 Golden Gate Avenue, San Francisco,
20 California 94102, why default should not be entered or other
21 sanctions should not be imposed for failure to comply with my
22 October 5, 2004 and March 8, 2005 pretrial scheduling orders.
23 Dated: September 7, 2005

                                    _____
                                              Bernard Zimmerman
                                       United States Magistrate Judge

G:\BZALL\-BZCASES\HUSBANDS\OSC.wpd

1