UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSBANDS FOR RENT, INC., <br>       Plaintiff(s), <br>   v. <br> HANDY HUSBANDS FOR RENT, INC., <br>       Defendants. | No. C04-1603 BZ <br><br> **SCHEDULING ORDER** |

In view of the uncertainties surrounding the defendant's status as a debtor in a bankruptcy proceeding, **IT IS HEREBY ORDERED** as follows:

    1.  The jury trial scheduled for September 26, 2005 is **VACATED**.

    2.  The further pretrial conference scheduled for September 20, 2005 is **VACATED**.  Instead, there will be a status conference on **September 20, 2005 at 9:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94104, to discuss the scheduling of further proceedings in this action.  Any party wishing to appear by telephone shall make arrangements to do

1

1 | so with my Courtroom Deputy, Lashanda Scott at **415-522-2015.**

2 | Dated:   September 19, 2005

_/s/ Bernard Zimmerman_
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HUSBANDS\scheduling order.wpd