E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUSBANDS FOR RENT, INC.,          )
                                  )
            Plaintiff(s),         )          No. C04-1603 BZ
                                  )
      v.                          )          **ORDER SCHEDULING TELEPHONIC**
                                  )          **SCHEDULING CONFERENCE**
HANDY HUSBANDS FOR RENT,          )
INC.,                             )
                                  )
            Defendants.           )
_____)

      **IT IS HEREBY ORDERED** that a telephonic Scheduling
Conference is scheduled for **Monday, September 26, 2005 at 9:00**
**a.m.**  Chambers will place the call.  If counsel will not be at
their usual telephone numbers, they must notify the court
immediately.

      **IT IS FURTHER ORDERED** that on **Monday, September 26, 2005**
**at 9:00 a.m.,** defendant show cause why this case should not
proceed as a bench trial in view of defendant's failures to
submit jury instructions, voir dire questions, and a proposed

/

/

1

1   verdict as required under my pre-trial scheduling order.

2   Dated:    September 20, 2005

3

4   _____

5                         Bernard Zimmerman
                  United States Magistrate Judge

6

7

8

9

10

    G:\BZALL\-BZCASES\HUSBANDS\statusconference.contd.ord.wpd
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28