UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSBANDS FOR RENT, INC., )<br>)<br>          Plaintiff(s),   )<br>)<br>     v.                  )<br>)<br>HANDY HUSBANDS FOR RENT, )<br>INC.,                    )<br>)<br>          Defendants.    )<br>_____) | No. C04-1603 BZ<br><br>**FURTHER SCHEDULING ORDER** |

**IT IS HEREBY ORDERED** that by **January 4, 2006,** defendant shall complete all the obligations listed in the second paragraph of the Order Scheduling Jury Trial and Pretrial Matters filed October 5, 2004, except that no jury instructions need be filed.  By that date defendant shall also serve and file any objections to plaintiff's witnesses or exhibits or to the qualifications of an expert witness and any opposition to plaintiff's motions in limine.

**IT IS FURTHER ORDERED** that by **January 13, 2006,** plaintiff shall serve and file any objections to defendant's witnesses, exhibits or to the qualifications of any expert witness and

1

1 | any opposition to any motions in limine filed by defendant.
2 | Dated:  December 12, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HUSBANDS\FURTHER SCHEDULING ORDER.wpd

2