UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSBANDS FOR RENT, INC., ) | |
|       Plaintiff(s), ) | No. C04-1603 BZ |
| v. ) | |
| ) | **ORDER TO SHOW CAUSE** |
| HANDY HUSBANDS FOR RENT, ) INC., ) | |
|       Defendants. ) | |

    Defendants are **ORDERED** to show cause in writing by **Tuesday, January 24, 2006** why they should not be held in contempt or sanctions otherwise imposed under Federal Rules of Civil Procedure 16(f) for failing to comply the Court's scheduling Order dated December 12, 2005.

    A hearing on the Order to Show Cause shall be held in conjunction with the Pretrial Conference presently scheduled for **Tuesday, January 31, 2006, at 4:00 p.m.**

Dated: January 18, 2006

                                        Bernard Zimmerman
                               United States Magistrate Judge

G:\BZALL\-BZCASES\HUSBANDS\ORDER TO SHOW CAUSE.wpd

1