UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUSBANDS FOR RENT, INC., | ) | |
| Plaintiff(s), | ) | No. C04-1603 BZ |
| v. | ) | **BRIEFING ORDER** |
| HANDY HUSBANDS FOR RENT, INC., | ) | |
| Defendants. | ) | |

Upon further review of the pretrial papers submitted, **IT IS ORDERED** that each party shall file proposed findings of fact and conclusions of law by **noon on February 8, 2006**. A Chambers copy of all findings shall be submitted on a diskette formatted in WordPerfect 6.1, 8, 9 or 10 (Windows) or may be e-mailed to the following address: bzpo@cand.uscourts.gov

Dated: February 1, 2006

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HUSBANDS\BRIEF.PROPOSED.ORD.wpd

1