UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSBANDS FOR RENT, INC., ) <br> ) <br> Plaintiff(s),  ) <br> ) <br>     v.              ) <br> ) <br> HANDY HUSBANDS FOR RENT, ) <br> INC.,                     ) <br> ) <br> Defendants.   ) <br>_____) | No. C04-1603 BZ <br><br> **PRETRIAL ORDER** |

The pretrial conference in this case was held on Tuesday, January 31, 2006.  Plaintiff was represented by Michael McClelland, Esq., and defendant was represented by Jean Ann Bauer, Esq.

This order shall control the subsequent conduct of the case and be modified only to prevent manifest injustice.  See Fed. R. Civ. P. 16(e).

**IT IS HEREBY ORDERED** that:

1.  Trial shall begin on **February 13, 2006, at 8:30 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  On the first day, the proceedings will last from **8:30 a.m. - 3:30 p.m.**, with

1

the following day's schedule to be determined.  Each side shall present witnesses on time and schedule witnesses to avoid any interruption in the presentation of testimony.

2.   Plaintiff's motions in limine to exclude testimony or documents offered by defendant to contradict or vary responses admitted in response to plaintiff's request for admissions, set one and set two were **GRANTED** on September 13, 2005.

3.   For the reasons below and for the reasons stated on the record at the pretrial conference, the following are rulings on plaintiff's remaining motions in limine:

a.   Plaintiff's motion to exclude all documents or testimony regarding plaintiff's alleged failure to produce documents requested by defendant is **DENIED**, without prejudice to being renewed at trial in the context of specific evidence.

b.   Plaintiff's motion to exclude all documents offered by defendant that were not produced at defendant's deposition or pursuant to plaintiff's request for production of documents is **DENIED**, without prejudice to being renewed at trial in the context of specific documents.

c.   Plaintiff's motion to exclude all documents or testimony obtained by defendant at the early neutral evaluation is **GRANTED.**

d.   Plaintiff's motion to exclude all witnesses not disclosed by defendant in Rule 33 interrogatory responses or Rule 26 disclosures is **DENIED as moot**.

2

1       e.   Plaintiff's motion to exclude any testimony by Betty
2       Boyd is **DENIED as moot**, as she will not be testifying.
3       f.   Plaintiff's motion with respect to spoliation of
4       evidence is **DENIED**.
5       4.   Plaintiff's objections to defendant's exhibits are
6  **OVERRULED**.  Defendant has represented that the only exhibits
7  it plans to use are attached to the answer to the complaint.
8  Exhibits shall not be a part of the record unless sponsored
9  by a witness.
10 Dated:   February 1, 2006

                                    _____
                                            Bernard Zimmerman
                                        United States Magistrate Judge

G:\BZALL\-BZCASES\HUSBANDS\PT.ORD.wpd

3