UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSBANDS FOR RENT, INC., <br>       Plaintiff(s), <br>   v. <br> HANDY HUSBANDS FOR RENT, INC., <br>       Defendant(s). | No. C04-1603 BZ <br><br> **ORDER TO SHOW CAUSE** |

The Court entered an Order to Show Cause on January 18, 2006.  Following a hearing on January 31, 2006, and the Court having determined to pursue alternative methods of handling the matter, **IT IS HEREBY ORDERED** that the Order to Show Cause is **DISCHARGED**.

Dated: February 23, 2006

                                       /s/ Bernard Zimmerman
                                             Bernard Zimmerman
                                   United States Magistrate Judge

G:\BZALL\-BZCASES\HUSBANDS\OSC.DISCHARGE.ORD.wpd