UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSBANDS FOR RENT, INC., </br> Plaintiff(s), </br> v. </br> HANDY HUSBANDS FOR RENT, INC., </br> Defendant(s). | No. C04-1603 BZ </br></br> **ORDER DENYING PLAINTIFF'S MOTION FOR CONTEMPT ORDER** |

Before the court is plaintiff Husbands for Rent, Inc.'s motion for a contempt order.  There is no need for further argument, so the hearing scheduled for July 19, 2006 is **VACATED.**

The motion contends that Mr. Ring violated the injunction entered February 23, 2006 when objectionable language appeared in advertisements he placed in the March and April issues of an advertising circular, <u>The Monthly Grapevine</u>.  Defendant contends that Mr. Ring tried to change the objectionable language after the injunction issued but was unable to do so with respect to the March issue because of the publication deadline.  As for the April issue, it appears that Mr. Ring

1

asked for a change but the circular only made the change in one issue, and not another.  It is not entirely clear why this happened, but it is not disputed that Mr. Ring asked for a change.  The objectionable language did not appear in subsequent issues.

On this record, I conclude that plaintiff has not met its burden of showing by clear and convincing evidence that Mr. Ring failed to substantially comply with the injunction.  See <u>Vertex Distributing, Inc. v. Falcon Foam Plastics, Inc.</u>, 689 F.2d 885, 889 (9th Cir. 1982).  Accordingly, **IT IS ORDERED** that plaintiff's motion for a contempt order against defendant is **DENIED**.

In the future, if plaintiff believes that defendant has violated the injunction, plaintiff is directed to attempt to resolve the matter with defendant before filing another motion for a contempt order.

Dated:  July 7, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HUSBANDS\CONTEMPT.ORD.wpd